ELSON K. ROCKWELL, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

(Argued June 4, 1873 ; decided June 10, 1873.)

*A. J. Vanderpoel* for the appellant.

*Joseph H. Choate* for the respondent.

Agree to-affirm on opinion of INGRAHAM, J., in court below. All concur..

Judgment affirmed.

---

HORATIO N. TENNY, Respondent, *v.* JOSEPH FLEISCHL, impleaded, etc., Appellant.

(Argued June 4, 1873; decided June 10, 1873.)

*E. F. Cornell, Jr.,* for the appellant.

*John L. Lindsay* for the respondent.

Agree to affirm.   No opinion..
Judgment affirmed.